# United States Court of Appeals

For the Seventh Circuit
Chicago, IL 60604

April 13, 2005

**Before**

Hon. RICHARD D. CUDAHY, *Circuit Judge*

Hon. FRANK H. EASTERBROOK, *Circuit Judge*

Hon. ANN CLAIRE WILLIAMS, *Circuit Judge*

No. 04-2033

UNITED STATES OF AMERICA,
*Plaintiff-Appellee*

Appeal from the United
States District Court for the
Northern District of Illinois,
Eastern Division.

*v.*

DANIEL G. GRAP
*Defendants-Appellees*

No. 03-CR-50038
Philip G. Reinhard, *Judge.*

**ORDER**

The slip opinion for this case, dated March 25, 2005, is amended as follows. References to "Miller" on page 13 are corrected to read "Grap".